IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT KRAHN, JR., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 16-CV-755-JHP-TLW ) ) |
| CHARLES E. DILLARD, an Individual, and DETROIT TRANSPORTATION, a foreign corporation, | ) ) ) ) |
|     Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel, that all claims be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

 

/s/ Brian Carter
Bob L. Latham, OBA#15799
blatham@lwsl-law.com
Brian L. Carter, OBA#20647
bcarter@lwsl-law.com
Heather M. Kinsaul, OBA#32579
hkinsaul@lwsl-law.com
Latham, Wagner, Steele & Lehman, P.C.
SpiritBank Event Center, Suite 200
10441 South Regal Blvd.
Tulsa, OK 74133
(918) 970-2000 Telephone
(918) 970-2002 Facsimile

/s/ Jack Beesley
Jack Beesley, OBA #30484
Carr & Carr Attorneys
4416 S. Harvard Ave.
Tulsa, OK 74135

1

(918) 747-1000-phone
(918) 747-7284-fax
jbeesley@carrcarr.com